IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JANETTE BENAVIDEZ, et al.,

Plaintiffs,

vs. No. 1:24-cv-01137-KG-JFR

FEDERAL EMERGENCY
MANAGEMENT AGENCY, et al.,

Defendants.

**ORDER TO MEET AND CONFER REGARDING THE APPOINTMENT OF A SPECIAL MASTER**

This matter is before the Court *sua sponte*. Upon further assessment of the lack of judicial resources, the extensive and complicated nature of judicial review cases, the large volume of such cases, the potential expense to the parties, and the risk of delay, the Court is inclined to appoint a special master to assist with the ultimate resolution of pending judicial review claims.

Under Federal Rule of Civil Procedure 53, the court may appoint a special master "to perform time consuming or detailed tasks that the district court judge or a magistrate judge would be less efficient in accomplishing." *Borough of Edgewater v. Waterside Constr., LLC*, 2017 WL 1758062, at *3 (D.N.J.) (internal quotation marks and citation omitted). "Before appointing a master, the court must give the parties notice and an opportunity to be heard." Fed. R. Civ. P. 53(b)(1). The Court orders an abbreviated briefing schedule on the appointment of a special master. The parties shall meet and confer regarding the following topics: whether appointment of a master is appropriate; the proposed scope of the special master's duties; the authority of the master, including how the master's rulings will be received and reviewed; how

the master will be compensated; required resources, including the necessity of employing other persons to provide clerical and secretarial assistance; and any recommendations as to particular candidates. Any party wishing to be heard on the appointment of a special master shall address these topics and file its brief within fourteen (14) days, no later than **September 30, 2026**.

To the extent the parties agree the Court should appoint a special master, they shall develop an agreeable stipulated order appointing a special master. If the parties agree on a stipulated order, the parties shall file the stipulated order within twenty-one (21) days, on or before **October 7, 2026**. If the parties are unable to agree, the parties shall certify to the Court, in writing, by **October 7, 2026**, that they met and conferred in good faith and shall tender their own proposed order.

The Court will schedule a hearing in due course to allow the parties to express their position on the appointment of a special master.

IT IS SO ORDERED.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.